# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TERESA L. O'MALLEY, | : | Case No. 3:12-cv-326 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | | Magistrate Judge Michael J. Newman: |
| -vs- | : | |
| NAPHCARE, INC., | : | |
| Defendant. | : | |

## NOTICE TO *PRO SE* PLAINTIFF UPON
## FILING OF MOTION TO DISMISS

You are hereby notified that the Defendant has filed a motion to dismiss in your case.   You should receive a copy of the motion directly from the Defendant.

Your response to this motion must be filed not later than twenty-four (24) days after the motion to dismiss was filed with the Court, *i.e.*, on or before **Monday, January 21, 2013**. You must include a certificate that you have served your memorandum on all parties in the case.

December 31, 2012

s/ **Michael J. Newman**
United States Magistrate Judge