**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TERESA L. O'MALLEY, | : | Case No. 3:12-cv-326 |
| Plaintiff, | | |
| | | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael J. Newman |
| | | |
| NAPHCARE, INC., | : | |
| Defendant. | | |

## ORDER

The Court, having been advised that Plaintiff has retained counsel and thus no longer proceeds *pro se, see* doc. 19, refers this case to the docket of United States District Judge Walter H. Rice.  This civil action, accordingly, is no longer referred to the undersigned.

April 11, 2013                                                                   s/ **Michael J. Newman**
                                                                                          United States Magistrate Judge